U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
OCT 0 3 2016
LAWRENCE K. BAERMAN, CLERK
ALBANY

B 265
(8/96)

# United States Bankruptcy Court
## Southern District Of New York

In Re:              1:16-MC-45

<u>Interep National Radio Sales, Inc., et al.,</u> )
      Debtors )
                                   )      Case No. 08-11079 (RDD)
                                   )      (Substantively Consolidated)

<u>Kenneth P. Silverman, Esq., as Chapter 7</u> )
<u>Trustee of Interep National Radio</u> )
<u>Sales, Inc., et al.,</u> )      Chapter 7
      Plaintiff, )

v. )

<u>National Public Broadcasting, LLC.</u> )      Adv. Proc. No. 10-03034 (RDD)
      Defendant )

## CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

I, clerk of the United States Bankruptcy Court, do certify that the attached judgment is a true and correct copy of the original judgment entered in this proceeding on <u>February 24, 2011</u> as it appears in the records of this court, and that:

X    No notice of appeal from this judgment has been filed, and no motion of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, has been filed.

X    No notice of appeal from this judgment has been filed, and any motions of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, have been disposed of, the latest order disposing of such a motion having been entered on _____.
                                          Date

☐    An appeal was taken from this judgment, and the judgment was affirmed by mandate of the _____ issued on _____.
         Name of Court          Date

☐    An appeal was taken from this judgment, and the appeal was dismissed by order entered on _____.
     Date

                             <u>Vito Genna</u>
                      Clerk of the Bankruptcy Court

             By: _____
                          Deputy Clerk

                         <u>9/21/2016</u>
                              Date

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

INTEREP NATIONAL RADIO SALES, INC., *et al.*,

        Debtors.
-----------------------------------------------------------x
KENNETH P. SILVERMAN, ESQ., AS CHAPTER 7
TRUSTEE OF INTEREP NATIONAL RADIO
SALES, INC., *et al.*,

        Plaintiff,

-against-

NATIONAL PUBLIC BROADCASTING, LLC,

        Defendant.
-----------------------------------------------------------x

Chapter 7
Case No. 08-11079 (RDD)

(Substantively Consolidated)

Adv. Pro. No. 10-03034 (RDD)

BC 11,0264

## JUDGMENT IN PLAINTIFF'S FAVOR
## AGAINST NATIONAL PUBLIC BROADCASTING, LLC

Upon the Notice of Presentment, affidavit, and exhibits, dated January 25, 2011 (the "Motion"), of Kenneth P. Silverman, Esq. ("Plaintiff"), the chapter 7 trustee of the substantively consolidated estates of Interep National Radio Sales, Inc., *et al.*, by his attorneys, SilvermanAcampora LLP, seeking the entry of a default judgment under Bankruptcy Rule 7055, and upon the Affidavit of Service of the Motion, which is on file with the Court; and no objection to the Motion having been interposed; and after due deliberation and consideration of all of the facts and circumstances herein; and upon the failure of National Public Broadcasting, LLC ("Defendant") to file a response to the Motion; and upon the Plaintiff's Complaint in this proceeding; and Plaintiff being entitled to a judgment against Defendant; and no further notice being required, it is hereby

**ADJUDGED**, that Plaintiff, with an address at c/o SilvermanAcampora LLP, 100 Jericho Quadrangle, Jericho, New York 11753, has judgment against Defendant, in the amount of $12,829.20 plus interest from the date of this judgment; and it is further

TM/844454.1/056192

ADJUDGED, that Plaintiff has execution thereon; and it is further

ADJUDGED, that Plaintiff has all of the rights and remedies afforded to a judgment creditor by law and under 11 U.S.C. § 502(d); and it is further

ADJUDGED, that Plaintiff may enforce this judgment against Defendant, as allowed by applicable law; and it is further

ADJUDGED, that Plaintiff may do such things, expend such funds and execute such documents as may be necessary to enforce this Judgment.

Dated: White Plains, New York
February 24, 2011

/s/Robert D. Drain
HONORABLE ROBERT D. DRAIN
United States Bankruptcy Judge

I HEREBY ATTEST AND CERTIFY ON 9/21/2016
THAT THIS DOCUMENT IS A FULL, TRUE AND CORRECT
COPY OF THE ORIGINAL FILED ON OUR COURT'S
ELECTRONIC CASE FILING SYSTEM.

CLERK, US BANKRUPTCY COURT, SDNY
BY: Mary DiJso   DEPUTY CLERK