# United States District Court
## Northern District of New York

In Re: INTEREP NATIONAL RADIO SALES, INC., et al.,

        Debtors.

KENNETH P. SILVERMAN, ESQ., AS CHAPTER 7 TRUSTEE OF INTEREP NATIONAL RADIO SALES, INC., et al.,

        Plaintiff,

V.

NATIONAL PUBLIC BROADCASTING, LLC,

        Defendant.

Case No. 1:16-MC-45

Case No. 08-11079 (RDD)
(US Bankruptcy Court, SDNY)

Adv. No. 10-03034 (RDD)

## WRIT OF EXECUTION

**Judgment Creditor:**
Oak Point Partners, Inc., as Assignee of the Interep National Radio Sales, Inc., et al., Bankruptcy Estate
5215 Old Orchard Road, Suite 965
Skokie, IL 60077

V.

**Judgment Debtor:**
National Public Broadcasting, LLC
PO Box 414406
Boston, MA 02241

Amount of Judgment:

$12,829.20 plus post-judgment interest

Post-judgment Interest:

$208.14

Date of Entry of Judgment:

**February 24, 2011**

TO THE OFFICE OF UNCLAIMED PROPERTY FOR THE STATE OF NEW YORK:

You are directed to turnover the property of the above named judgment debtor to satisfy a money judgment in accordance with the attached documents.

OCT 0 4 2016
_____
Date

_____ , Deputy Clerk
Clerk of Court